1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN MANUEL FLORES,<br><br>    Defendant. | Case No. 18cr4158-MMA<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>[Doc. No. 35] |

Defendant Juan Manuel Flores moves for early termination of his term of supervised release. *See* Doc. No. 35. To date, Defendant has served approximately sixteen months of the two-year term imposed by the Court. *See* Doc. No. 33. According to Defendant, United States Probation confirms that he has fully complied with all conditions of his supervised release and does not oppose his request for early termination. *See* Doc. No. 35-1 at 2. The government opposes Defendant's motion. *See* Doc. No. 36.

After considering the factors set forth in Title 18, section 3553(a), the Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).

1 | Upon due consideration of the applicable statutory factors, the Court
2 | **GRANTS** Defendant's motion and **ORDERS** that his remaining term of
3 | supervised release be terminated pursuant to 18 U.S.C. § 3583(e)(1) as of the date
4 | this Order is filed.
5 |     **IT IS SO ORDERED**.
6 | DATE: June 18, 2020
7 |                                         HON. MICHAEL M. ANELLO
                                            United States District Judge